WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Christina D. Rovira, Esq., SBN 262678
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; crovira@wrightlegal.net

Attorneys for Defendants, SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, and LEANDRA L. CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8, ITS SUCCESSORS AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15,<br><br>Defendants. | Case No.: CV 09 3033 BZ<br><br>CERTIFICATE AND NOTICE OF INTERESTED PARTIES BY DEFENDANTS SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8 |

///
///

-1-

CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendants SAXON MORTGAGE SERVICES, INC. ("Saxon"), and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8 ("Deutsche") (collectively, "Defendants"), certify that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Saxon Mortgage Services, Inc**                                                                      **Defendant**

SCI Services, Inc., its Parent company.

Saxon Capital Holdings, Inc. its Grandparent company.

Saxon Capital, Inc. its Great-Grandparent company.

**Deutsche Bank National Trust Co., as Trustee for Morgan Stanley ABS Capital, Inc., Trust 2006-HE8**         **Defendant**

Deutsche Bank Holdings, Inc., its Parent company.

Deutsche Bank Trust Corporation, its Grandparent company.

Taunus Corporation, its Great-Grandparent company.

Deutsche Bank, AG, its Great-Great-Grandparent company.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: July 6, 2009                      By: *[signature]*

T. Robert Finlay, Esq.
Christina D. Rovira, Esq.
Attorneys for Defendants,
SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8

**CERTIFICATE OF INTERESTED PARTIES**

**PROOF OF SERVICE**

I, Marilee V. Johnson, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On July 6, 2009, I served the within **CERTIFICATE AND NOTICE OF INTERESTED PARTIES BY DEFENDANTS SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:
Glenn L. Moss, Esq.
Ann Murphy, Esq.
MOSS and MURPHY
1297 B Street
Hayward, CA 94541
(510) 583-1155

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on July 6, 2009, at Newport Beach, California.

_Marilee V. Johnson_
Marilee V. Johnson

-1-