WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Christina D. Rovira, Esq., SBN 262678
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; crovira@wrightlegal.net

Attorneys for Defendants, SAXON MORTGAGE SERVICES, INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, and LEANDRA L. CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HE8, ITS SUCCESSORS AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15,<br><br>Defendants. | Case No.: 3:09-cv-03033-BZ<br><br>*Honorable Judge Bernard Zimmerman*<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: May 26, 2009<br>Notice of Removal Filed: July 6, 2009<br>Response Date: August 10, 2009 |

///

///

-1-

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On July 24, 2009, I served the following documents

(1) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO INFORMATION PACKET;

(2) EFC REGISTRATION INFORMATION HANDOUT;

(3) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and STANDING ORDERS OF MAGISTRATE JUDGE BERNARD ZIMMERMAN.

(4) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; and

(5) CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE

On all interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Glenn L. Moss, Esq.
Ann Murphy, Esq.
MOSS and MURPHY
1297 B Street
Hayward, CA 94541
(510) 583-1155

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2009, at Newport Beach, California.

*/s/ Marilee V. Johnson*
Marilee V. Johnson

-2-

CERTIFICATE OF SERVICE