UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER and LEANDRA L. CARTER,<br><br>            Plaintiff(s),<br><br>      v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, et al.,<br><br>            Defendant(s). | No. C09-3033 BZ<br><br>**SCHEDULING ORDER** |

Defendant Deutsche Bank National Trust Company has noticed a motion for hearing on September 16, 2009, which is not a civil law and motion date.  **IT IS THEREFORE ORDERED** as follows:

1.  Any opposition to either motion shall be filed by **September 8, 2009.**  Any reply shall be filed by **September 16, 2009.**

2.  The motion will be heard on **October 7, 2009 at 10:00 a.m.** in  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3.  By no later than **August 31, 2009**, each party shall

1

consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov.

Dated: August 11, 2009

                    Bernard Zimmerman
        United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\SCHEDULING ORDER.wpd

2