UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER and LEANDRA L. CARTER,<br><br>            Plaintiff(s),<br><br>       v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, et al.,<br><br>            Defendant(s). | No. C09-3033 BZ<br><br>**ORDER GRANTING LEAVE TO AMEND** |

Defendant Deutsche Bank National Trust Company, has filed a motion to dismiss the plaintiffs' complaint for failure to state a claim upon which relief can be granted or, in the alternative, for a more definite statement.  Plaintiffs have filed an opposition to the motion but wish to amend their complaint.  Under these circumstances, the Court needs no further briefing at this time and **VACATES** the hearing presently scheduled for **October 7, 2009**.  The Court **ORDERS** that the plaintiffs file an amended complaint by **September 30, 2009.**

**IT IS FURTHER ORDERED** that the motion to expunge lis

1

pendens is taken off the October 7, 2009 calendar.  Defendant may re-notice it after the amended complaint if filed.

This Order resolves Docket Nos. 8 and 13.

Dated: September 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\ORDER GRANTING LEAVE TO AMEND.wpd