UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMONFORT R. CARTER and )
LEANDRA L. CARTER, )
) No. C09-3033 BZ
Plaintiff(s), )
)
v. ) **ORDER REFERRING**
) **CASE TO ADR**
DEUTSCHE BANK NATIONAL TRUST )
COMPANY, AS TRUSTEE, et al.,)
)
)
Defendant(s). )
_____)

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: September 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\ORDER REFERRING CASE TO ADR.wpd

1