Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax 510-583-1299

Attorneys for Plaintiffs
DEMONFORT CARTER and LEANDRA CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMONFORT R. CARTER, and
LEANDRA L. CARTER,

        Plaintiffs

vs

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
MORGAN STANLEY ABS CAPITAL
INC TRUST 2006-HE8, ITS
SUCCESSORS AND/OR ASSIGNS,
OLD REPUBLIC DEFAULT
MANAGEMENT SERVICES, A
DIVISION OF OLD REPUBLIC
NATIONAL TITLE INSURANCE
COMPANY, DOES 1 through 15,

        Defendants

Case No. CV09 3033 BZ
REVISED
STIPULATION AND ORDER
CHANGING HEARING DATE
FOR FRCP 12(b)(6)
MOTION AND CHANGE OF
DATE FOR CMC HEARING

NEW DATE CMC:
DEC. 14 2009
TIME: 4:00 P.M.
COURT: G [15TH FLOOR SF]

NEW DATE FRCP 12(b)(6):
DEC 2, 2009
TIME: 10:00 AM
COURT G

    It is hereby stipulated between counsel that the Motion to Dismiss Plaintiff's First Amended Complaint For Failure to State a Claim shall be heard on DECEMBER 2, 2009 AT 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom G on the 15th Floor of the Courthouse in San Francisco.

-1-

1  It is further stipulated between counsel that the
2  Initial Case Management Conference shall be on DECEMBER
3  14, 2009 AT 4:00 P.M. Courtroom G on the 15th Floor of
4  the Courthouse in San Francisco.

5
6                      APPROVED AS TO FORM AND CONTENT
7  MOSS & MURPHY                        WRIGHT FINLAY & ZAK
8  
9  By_____            By_____
   Glen L. Moss, attoreny                  Christina Rovira,
10 for plaintiffs                          attorney for defendants
                                           Deutsche Bank as
11                                         Trustee

12                              ORDER
13
14     The above Stipulation is approved. The motion
15 will be heard on DECEMBER 2, 2009 at 10.00 a.m and the
16 initial Case Management Conference will be on DECEMBER
17 14, 2009 at 4:00 p.m. in Courtroom G.

18  Dated:  October 23, 2009        _____
19                                   Bernard Zimmerman, Judge
20
21  x/carter.stp
22
23
24
25
26
27
28