Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax 510-583-1299

Attorneys for Plaintiffs
DEMONFORT CARTER and LEANDRA CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, and LEANDRA L. CARTER,<br><br>Plaintiffs<br><br>vs<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL INC TRUST 2006-HE8, ITS SUCCESSORS AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15,<br><br>Defendants | Case No. CV09 3033 BZ<br>REVISED STIPULATION AND ORDER CHANGING HEARING DATE FOR FRCP 12(b)(6) MOTION AND CHANGE OF DATE FOR CMC HEARING<br><br>NEW DATE CMC:<br>DEC. 14 2009<br>TIME: 4:00 P.M.<br>COURT: G [15TH FLOOR SF]<br><br>NEW DATE FRCP 12(b)(6):<br>DEC 2, 2009<br>TIME: 10:00 AM<br>COURT G |

It is hereby stipulated between counsel that the Motion to Dismiss Plaintiff's First Amended Complaint For Failure to State a Claim shall be heard on DECEMBER 2, 2009 AT 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom G on the 15th Floor of the Courthouse in San Francisco.

-1-

1　　　It is further stipulated between counsel that the
2　Initial Case Management Conference shall be on DECEMBER
3　14, 2009 AT 4:00 P.M. Courtroom G on the 15th Floor of
4　the Courthouse in San Francisco.
5
6　　　　　　APPROVED AS TO FORM AND CONTENT
7　MOSS & MURPHY　　　　　　　　　　　WRIGHT FINLAY & ZAK
8
9　By _____　　　By _____
　　Glen L. Moss, attoreny　　　　Christina Rovira,
10　for plaintiffs　　　　　　　　attorney for defendants
　　　　　　　　　　　　　　　　Deutsche Bank as
11　　　　　　　　　　　　　　　Trustee
12　　　　　　　　　　　　　ORDER
13
14　　　The above Stipulation is approved. The motion
15　will be heard on DECEMBER 2, 2009 at 10.00 a.m and the
16　initial Case Management Conference will be on DECEMBER
17　14, 2009 at 4:00 p.m. in Courtroom G.
18　Dated: October 23, 2009　　　_____
19　　　　　　　　　　　　　　Bernard Zimmerman, Judge
20
21　x/carter.stp
22
23
24
25
26
27
28

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1165

-2-