ROBIN P. WRIGHT*
T. ROBERT FINLAY
JONATHAN M. ZAK
GWEN H. RIBAR
SONIA A. PLESSET
DONNA L. LAPORTE**
PATRICIA L. PENNY
RICHARD D. SIMPSON, Jr.
JENNIFER A. JOHNSON
CHARLES C. MCKENNA
DANA-MONICA DIB
JONATHAN D. FINK
DARLENE P. PALAGANAS
KIRAN SHARMA
NICHOLAS G. HOOD

www.wrightlegal.net

Writer's Direct Dial (949) 477-4178
Email crovira@wrightlegal.net



# WRIGHT FINLAY & ZAK LLP
## ATTORNEYS AT LAW

California Office
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Main Phone: (949) 477-5050
Main Fax: (949) 477-9200
Email Fax: (949) 608-9142

Nevada Office
5532 S. Fort Apache Road, Bldg – C, Suite 110
Las Vegas, Nevada 89148
Main Phone: (949) 477-5050
Fax: (702) 946-1345

NICOLE K. NEFF
DAVID L. CHAFFIN
PETER M. WATSON
JAMES J. RAMOS
ROBERT B. NORUM
MAGDALENA D. KOZINSKA
WILLIAM J. IDLEMAN
GENEVIEVE R. WALSER-JOLLY
CHRISTINA D. ROVIRA
AMY Y. SONG
HELEN CAYTON
***DONNA M. OSBORN
NICHOLE L. GLOWIN
KATHERINE S. WALKER
****SHAR BAHMANI

*Also Admitted in Nevada
** Also Admitted in Utah
***Admitted only in Nevada
****Also Admitted in Arizona

November 30, 2009

Magistrate Judge Bernard Zimmerman
United States District Court - Northern District
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:     WFZ Case Name   : Carter v. Deutsche Bank National Trust Company,
                                               as Trustee for Morgan Stanley ABS Capital, Inc.
                                               Trust 2006-HE8
    USDC Case No.   : CV-09-3033-BZ
    Hearing                : December 2, 2009 – 10:00 a.m.

To The Honorable Bernard Zimmerman:

Our offices represent Defendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, Inc. Trust 2006-HE 8 in the above mentioned matter. Due to the long distance from Southern California to San Francisco, as well as the costs associated therewith, I am requesting Telephonic Appearance in the Motion to Dismiss Plaintiffs' First Amended Complaint For Failure to State a Claim Upon Which Relief Can Be Granted for the Hearing scheduled for Wednesday, December 2, 2009 in the above-referenced case.

Please let me know if this would be possible.

Sincerely,

WRIGHT, FINLAY & ZAK, LLP

/S/ T. Robert Finlay, Esq.

Christina D. Rovira
CDR:mvj



Given the Court's uncertainty about the status of the motion, no opposition having been filed, Defendant may appear through CourtCall. Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: November 30, 2009