ROBIN P. WRIGHT*
T. ROBERT FINLAY
JONATHAN M. ZAK
GWEN H. RIBAR
SONIA A. PLESSET
DONNA L. LAPORTE**
PATRICIA L. PENNY
RICHARD D. SIMPSON, Jr.
JENNIFER A. JOHNSON
CHARLES C. MCKENNA
DANA-MONICA DIB
JONATHAN D. FINK
DARLENE P. PALAGANAS
KIRAN SHARMA
NICHOLAS G. HOOD

NICOLE K. NEFF
DAVID L. CHAFFIN
PETER M. WATSON
JAMES J. RAMOS
ROBERT B. NORUM
MAGDALENA D. KOZINSKA
WILLIAM J. IDLEMAN
GENEVIEVE R. WALSER-JOLLY
CHRISTINA D. ROVIRA
AMY Y. SONG
HELEN CAYTON
***DONNA M. OSBORN
NICHOLE L. GLOWIN
KATHERINE S. WALKER
****SHAR BAHMANI

*Also Admitted in Nevada
** Also Admitted in Utah
***Admitted only in Nevada
****Also Admitted in Arizona



**WRIGHT FINLAY & ZAK** LLP
ATTORNEYS AT LAW

California Office
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Main Phone: (949) 477-5050
Main Fax: (949) 477-9200
Email Fax: (949) 608-9142

Nevada Office
5532 S. Fort Apache Road, Bldg – C, Suite 110
Las Vegas, Nevada 89148
Main Phone: (949) 477-5050
Fax: (702) 946-1345

www.wrightlegal.net

Writer's Direct Dial (949) 477-4178
Email crovira@wrightlegal.net

November 30, 2009

Magistrate Judge Bernard Zimmerman
United States District Court - Northern District
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102-3483

Re:     WFZ Case Name     : Carter v. Deutsche Bank National Trust Company,
                            as Trustee for Morgan Stanley ABS Capital, Inc.
                            Trust 2006-HE8
        USDC Case No.     : CV-09-3033-BZ
        Hearing           : December 2, 2009 – 10:00 a.m.

To The Honorable Bernard Zimmerman:

Our offices represent Defendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, Inc. Trust 2006-HE 8 in the above mentioned matter. Due to the long distance from Southern California to San Francisco, as well as the costs associated therewith, I am requesting Telephonic Appearance in the Motion to Dismiss Plaintiffs' First Amended Complaint For Failure to State a Claim Upon Which Relief Can Be Granted for the Hearing scheduled for Wednesday, December 2, 2009 in the above-referenced case.

Please let me know if this would be possible.

Sincerely,

WRIGHT, FINLAY & ZAK, LLP

/S/ T. Robert Finlay, Esq.

Christina D. Rovira
CDR:mvj



Given the Court's uncertainty about the status of the motion, no opposition having been filed, Defendant may appear through CourtCall. Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated:   November 30, 2009