ROBIN P. WRIGHT*
T. ROBERT FINLAY
JONATHAN M. ZAK
GWEN H. RIBAR
SONIA A. PLESSET
DONNA L. LAPORTE**
PATRICIA L. PENNY
RICHARD D. SIMPSON, Jr.
JENNIFER A. JOHNSON
CHARLES C. MCKENNA
DANA-MONICA DIB
JONATHAN D. FINK
DARLENE P. PALAGANAS
KIRAN SHARMA
NICHOLAS G. HOOD

NICOLE K. NEFF
DAVID L. CHAFFIN
PETER M. WATSON
JAMES J. RAMOS
ROBERT B. NORUM
MAGDALENA D. KOZINSKA
WILLIAM J. IDLEMAN
GENEVIEVE R. WALSER-JOLLY
CHRISTINA D. ROVIRA
AMY Y. SONG
HELEN CAYTON
***DONNA M. OSBORN
NICHOLE L. GLOWIN
KATHERINE S. WALKER
****SHAR BAHMANI

www.wrightlegal.net

Writer's Direct Dial (949) 477-4178
Email crovira@wrightlegal.net



**WRIGHT FINLAY & ZAK LLP**
ATTORNEYS AT LAW

California Office
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Main Phone: (949) 477-5050
Main Fax: (949) 477-9200
Email Fax: (949) 608-9142

Nevada Office
5532 S. Fort Apache Road, Bldg – C, Suite 110
Las Vegas, Nevada 89148
Main Phone: (949) 477-5050
Fax: (702) 946-1345

*Also Admitted in Nevada
** Also Admitted in Utah
***Admitted only in Nevada
****Also Admitted in Arizona

January 5, 2010

Magistrate Judge Bernard Zimmerman
United States District Court - Northern District
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:     WFZ Case Name     : Carter v. Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, Inc. Trust 2006-HE8
       USDC Case No.     : CV-09-3033-BZ
       Hearing     : January 20, 2010 – 10:00 a.m.

To The Honorable Bernard Zimmerman:

Our offices represent Defendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, Inc. Trust 2006-HE 8 in the above mentioned matter. Due to the long distance from Southern California to San Francisco, as well as the costs associated therewith, I am requesting Telephonic Appearance in the Motion to Dismiss Plaintiffs' Second Amended Complaint For Failure to State a Claim Upon Which Relief Can Be Granted and the Case Management Conference, both the Hearing and Conference are scheduled for Wednesday, January 20, 2010 at 10:00 a.m. in the above-referenced case.

Please let me know if this would be possible.

Sincerely,

WRIGHT, FINLAY & ZAK, LLP

/S/ Christina D. Rovira, Esq.

Christina D. Rovira
CDR:mvj



**DENIED.**

Dated: 1/7/2010