UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMONFORT R. CARTER and
LEANDRA L. CARTER,

        Plaintiff(s),

    v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, et al.,

        Defendant(s).

No. C09-3033 BZ

**ORDER RE-REFERRING
CASE TO ADR**

     **IT IS HEREBY ORDERED** that this matter is re-referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: January 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\ORDER RE-REFERRING CASE TO ADR.wpd

1