UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER and <br> LEANDRA L. CARTER, <br>     Plaintiff(s), <br>   v. <br> DEUTSCHE BANK NATIONAL TRUST <br> COMPANY, AS TRUSTEE, et al., <br>     Defendant(s). | No. C09-3033 BZ <br><br> **ORDER RE-REFERRING** <br> **CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is re-referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: January 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\ORDER RE-REFERRING CASE TO ADR.wpd

1