| ROBIN P. WRIGHT* | | NICOLE K. NEFF |
| --- | --- | --- |
| T. ROBERT FINLAY | | DAVID L. CHAFFIN |
| JONATHAN M. ZAK | | PETER M. WATSON |
| GWEN H. RIBAR | | JAMES J. RAMOS |
| SONIA A. PLESSET | | ROBERT B. NORUM |
| DONNA L. LAPORTE** | | MAGDALENA D. KOZINSKA |
| PATRICIA L. PENNY | **WRIGHT FINLAY & ZAK** ᴸᴸᴾ | WILLIAM J. IDLEMAN |
| RICHARD D. SIMPSON, Jr. | ATTORNEYS AT LAW | GENEVIEVE R. WALSER-JOLLY |
| JENNIFER A. JOHNSON | | CHRISTINA D. ROVIRA |
| CHARLES C. MCKENNA | California Office | AMY Y. SONG |
| DANA-MONICA DIB | 4665 MacArthur Court, Suite 280 | HELEN CAYTON |
| JONATHAN D. FINK | Newport Beach, CA 92660 | ***DONNA M. OSBORN |
| DARLENE P. PALAGANAS | Main Phone: (949) 477-5050 | NICHOLE L. GLOWIN |
| KIRAN SHARMA | Main Fax: (949) 477-9200 | KATHERINE S. WALKER |
| NICHOLAS G. HOOD | Email Fax: (949) 608-9142 | ****SHAR BAHMANI |
| | Nevada Office | |
| www.wrightlegal.net | 5532 S. Fort Apache Road, Bldg – C, Suite 110 | *Also Admitted in Nevada |
| | Las Vegas, Nevada 89148 | ** Also Admitted in Utah |
| Writer's Direct Dial (949) 477-4178 | Main Phone: (949) 477-5050 | ***Admitted only in Nevada |
| Email crovira@wrightlegal.net | Fax: (702) 946-1345 | ****Also Admitted in Arizona |



February 12, 2010

Magistrate Judge Bernard Zimmerman
United States District Court - Northern District
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   WFZ Case Name   : Carter v. Deutsche Bank National Trust Company,
                        as Trustee for Morgan Stanley ABS Capital, Inc.
                        Trust 2006-HE8
      USDC Case No.   : CV-09-3033-BZ
      Hearing         : February 22, 2010 – 4:00 p.m.

To The Honorable Bernard Zimmerman:

Our offices represent Defendant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, Inc. Trust 2006-HE 8 in the above mentioned matter. Pursuant to Civil L.R. 16-10(a), I am requesting Telephonic Appearance for the Case Management Conference scheduled for Monday, February 22, 2010 at 4:00 p.m. in the above-referenced case.

Please let me know if this would be possible.

Sincerely,

WRIGHT, FINLAY & ZAK, LLP

/S/ Christina D. Rovira, Esq.

Christina D. Rovira
CDR:mvj