Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel.510-583-1155
Fax 510-583-1299

Attorneys for Plaintiffs
DEMONFORT CARTER and LEANDRA CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, and LEANDRA L. CARTER,<br><br>   Plaintiffs<br><br>vs<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL INC TRUST 2006-HE8, ITS SUCCESSORS AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15,<br><br>   Defendants | Case No. CV09 3033 BZ<br><br>NOTICE OF LATE CASE FROM US SUPREME COURT<br><br><br><br>DATE: MAY 5, 2010<br>TIME: 10:00 A.M.<br>COURT: G [15TH FLOOR SF] |

-1-

**PLEASE TAKE NOTICE** that on April 21, 2010 the United States Supreme Court decided <u>JERMAN V. CARLISLE, McNELLIE, RINI, KRAMER, & ULRICH LPA</u> (No. 08-1200) 559 US_____, 2010 DJDAR 5875 (April 22, 2010). In this case, the Court held that the "bona fide error" defense in the FDCPA [15 USC §1692(k)(c) was not available to a company retained by Countrywide Mortgage to foreclose on its lien. The lien was on the personal residence of Ms. Karen Jerman. Ms. Karen Jerman allegedly defaulted on the obligation. She brought her claim under the FDCPA against the company retained to foreclose on the lien.

As a result of this case, it is now settled law that companies such as Old Republic Default Management Services must comply with the Federal Fair Debt Collection Practices Act [15 USC §1692]. They cannot continue to make the argument that they are not "debt collectors" within the meaning of the FDCPA.

DATED: April 27, 2010.                    MOSS & MURPHY

                                          By _____
                                              Glen L. Moss

x/carter.not

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155