Case3:09-cv-03033-BZ   Document66   Filed04/28/10   Page1 of 1



**PITE DUNCAN LLP**

*San Diego*

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon *CA/ID/UT/WA*
David E. McAllister *AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford *AZ/CA/OR/WA*
Josephine E. Salmon *AK/AZ/CA/NY*
Laurel I. Handley *AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA/WA*
Brian A. Paino *AZ/CA/TX/WA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Fink *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA/NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather Hudson *CA/NV*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA/NY/TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*
Anne W. Hamann *CA*

*Mailing*
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

*Overnight*
4375 Jutland Drive, Suite 200
San Diego, CA 92117

Ph: (858) 750-7600
Fax: (619) 590-1385

**Orange County**

Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**

Christina M. Harper
Charles L. Firestein
Phoenix, AZ

**Hawaii Office**

David B. Rosen
Honolulu, HI

**Nevada Office**

Phillip A. Silvestri
Neal D. Gidvani
Ace C. Van Patten
Las Vegas, NV

**Texas Office**

Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**Washington Office**

Jesse Baker *OR/WA*
Seattle, WA

Direct Dial (714) 285-2664
Email: Mfox@piteduncan.com

April 28, 2010

*Via ECF Filing*

Judge Bernard Zimmerman
U. S. DISTRICT COURT - NORTHERN DISTRICT
450 Golden Gate Ave., 15th Floor, Courtroom G
San Francisco, CA 94102

Re:   ***Carter v. Deutsche Bank National Trust Co., et al.***
USDC, Northern District of California, Case No. 09-cv-3033-BZ
Alameda County Superior Court Case No. HG09454265
Our Client   :   Defendant Old Republic Default Management Services
Our File No. :   000866-000011

Dear Judge Zimmerman:

Our office represents Defendant Old Republic Default Management Services in the above-captioned action. Pursuant to Local Rule 16-10(a), I am requesting your approval to appear telephonically at the Motion to Dismiss hearing, set for May 5, 2010 at 10:00 a.m.

Thank you, and I look forward to hearing from you with your decision in this regard.

Very truly yours,

PITE DUNCAN, LLP

/s/ Michael J. Fox

Michael J. Fox

MJF/cr

cc:  Glen L. Moss, Esq.
MOSS & MURPHY
Email: m-m@pacbell.net
*Attorneys for Plaintiff Demonfort R. Carter and Leandra L. Carter*

T. Robert Finlay, Esq. / Christina D. Rovira, Esq.
WRIGHT FINLAY & ZAK, LLP
Email: rfinlay@wrightlegal.net
*Attorneys for Defendants Deutsche Bank National Trust Company & Saxon Mortgage Services, Inc.*

[Stamp: DENIED / Judge Bernard Zimmerman]

Denied - No Case Management Conference scheduled

[Signature: Bernard Zimmerman]

Dated: 4/28/2010

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
See above or visit www.piteduncan.com re individual attorney admissions