UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER and LEANDRA L. CARTER, <br><br> Plaintiff(s), <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, et al., <br><br> Defendant(s). | No. C09-3033 BZ <br><br> **SCHEDULING ORDER** |

The Court, having reviewed the stipulation of the parties (Doc. No. 76), **ORDERS** as follows:

1. <u>DATES</u>

Trial Date: **Monday, May 2, 2011, 3 days**

Pretrial Conference: **Tuesday, 4/12/2011, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 3/9/2011**

Last Day for Expert Discovery: **Friday, 1/28/2011**

Last Day for Rebuttal Expert Disclosure: **Friday, 1/21/2011**

Last Day for Expert Disclosure: **Friday, 1/14/2011**

Close of Non-expert Discovery: **Friday, 1/7/2011**

2. The trial scheduled for **February 1, 2010** is **VACATED**.

1

3.  The parties shall contact Judge Chen's chambers to reschedule the settlement conference currently set for October 8, 2010.

Dated: August 9, 2010

                     _Bernard Zimmerman_
                     Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\SCHED ORD.wpd