UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMONFORT R. CARTER and          )
LEANDRA L. CARTER,               )
                                 )          No. C09-3033 BZ
          Plaintiff(s),          )
                                 )
     v.                          )          **TRIAL RESCHEDULING ORDER**
                                 )
DEUTSCHE BANK NATIONAL TRUST )
COMPANY, AS TRUSTEE, et al.,)
                                 )
                                 )
          Defendant(s).          )
_____)

     Having received a joint request from the parties to

continue the trial date (Docket No. 86), and in consideration

of the Court's schedule, **IT IS HEREBY ORDERED** that the

following shall apply:

DATES

Trial Date: **8/1/2011, 8:30 a.m.**

Pretrial Conference: **7/12/2011, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **6/1/2011**

Last Day for Expert Discovery: **4/29/2011**

Last Day for Rebuttal Expert Disclosure: **4/22/2011**

Last Day for Expert Disclosure: **4/15/2011**

1

1    Close of Non-expert Discovery: **4/8/2011**

2    Dated: October 25, 2010

3    _____

4    Bernard Zimmerman
     United States Magistrate Judge

5

6    G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\TRIAL RESCHEDULING ORDER.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28