UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-09-3033 BZ (EMC)<br><br>**ORDER REMOVING DOCKET NO. 89 FROM ELECTRONIC FILING** |

      This Court orders the removal of Docket No. 89, "Defendant Old Republic Default Management Services' Settlement Conference Statement," which was inadvertently filed electronically by Defendant Old Republic Default Management Services on January 18, 2011.

      All Counsel are instructed to comply with this Court's Order, Docket No. 74, concerning Settlement Conference statements.

      IT IS SO ORDERED.

Dated: January 18, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge