1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT CARTER, and LEANDRA L. CARTER, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I, INC. TRUST 2006-HE8, ITS SUCCESSOR AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15, <br><br> Defendants. | Case No.: CV-09-3033 BZ <br><br> Hon. Magistrate Judge Bernard Zimmerman <br><br> **[Proposed]ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY** |

On January 19, 2011, Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I, INC. TRUST 2006-HE8 ("Deutsche Bank, As Trustee") filed a motion for substitution of attorney, seeking to substitute and replace T. Robert Finlay, Yelena Cayton, Christina D. Rovira of Wright, Finlay & Zak, LLP with, Eric D. Houser and Charles Tony Piccuta of Houser & Allison, APC (Docket No. 92). The motion for

1  substitution was signed by Charles Tony Piccuta, T. Robert Finlay and an
2  authorized agent of Deutsche Bank, As Trustee. The Court hereby GRANTS the
3  substitute and replace T. Robert Finlay, Yelena Cayton and Christina D. Rovira of
4  Wright, Finlay & Zak, LLP as counsel of record for Deutsche Bank, As Trustee.

6  **IT IS SO ORDERED.**

8  Dated:  January 24, 2011                    _____
9                                              Hon. Bernard Zimmerman, United States
                                                District Court Magistrate Judge