UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT R. CARTER, *et al.*, | No. C-09-3033 BZ (EMC) |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | |
| Defendants. | **(Docket No. 97)** |

By letter dated March 22, 2011, Defendant Deutsche Bank National Trust Company, As Trustee requested to be excused from personally appearing at the settlement conference scheduled for April 7, 2011. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance and granting Defendant's request. Therefore, it is hereby ordered that Defendant Deutsche Bank National Trust Company, As Trustee be available by telephone from 9:30 a.m. Pacific Time until further notice on April 7, 2011.

If the Court concludes that the absence of Defendant Deutsche Bank National Trust Company, As Trustee is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

This order disposes of Docket No. 97.

IT IS SO ORDERED.

Dated: March 29, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge