# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONFORT CARTER, and<br>LEANDRA L. CARTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I, INC. TRUST 2006-HE8, ITS SUCCESSOR AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15,<br><br>    Defendants. | Case No.: CV-09-3033 BZ (EMC)<br><br>Hon. Magistrate Judge Bernard Zimmerman<br><br>[~~Proposed~~]ORDER CONTINUING MAY 2, 2011 SCHEUDLING CONFERENCE |

  Having reviewed and considered the Joint Stipulation of the parties, and with good cause appearing, the Court hereby Orders as follows:

  1.  The Scheduling Conference currently scheduled for May 2, 2011 at 4:00 p.m. is continued to __JULY__ __5__, 2011 at __4__ : __00__ ~~a.m.~~ / p.m.

**IT IS SO ORDERED.**

Dated: __4/27/2011__        _/s/ Bernard Zimmerman_
                Hon. Bernard Zimmerman, United States
                District Court Magistrate Judge