**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMONFORT CARTER, and LEANDRA L. CARTER, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE MORGAN STANLEY ABS CAPITAL I, INC. TRUST 2006-HE8, ITS SUCCESSOR AND/OR ASSIGNS, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, A DIVISION OF OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, DOES 1 through 15, <br><br> Defendants. | Case No.: CV-09-3033 BZ (EMC) <br><br> Hon. Magistrate Judge Bernard Zimmerman <br><br> [Proposed] ORDER CONTINUING JULY 5, 2011 SCHEDULING CONFERENCE |

Having reviewed and considered the Joint Stipulation of the parties, and with good cause appearing, the Court hereby Orders as follows:

1. The Scheduling Conference currently scheduled for July 5, 2011 at 4:00 p.m. is continued to __AUGUST 23__ ____, 2011 at _4_ : _00_ a.m. / p.m.

**IT IS SO ORDERED.**

Dated: __6/30/2011____        _____
                              Hon. Bernard Zimmerman, United States
                              District Court Magistrate Judge