1　Glenn L. Moss (State Bar No. 44307)
　 Ann Murphy (State Bar No. 66947)
2　MOSS and MURPHY
　 1297 B Street
3　Hayward, CA 94541

4　Tel.510-583-1155
　 Fax 510-583-1299
5

6　Attorneys for Plaintiffs
　 DEMONFORT CARTER and LEANDRA CARTER

7

8

9

10　　　　　　　　　　UNITED STATES DISTRICT COURT

11　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

12

13　DEMONFORT R. CARTER, and
　　LEANDRA L. CARTER,
14
　　　　　　　　　　Plaintiffs　　　Case No. CV09 3033 BZ
15
　　vs
16　　　　　　　　　　　　　　　　　REQUEST FOR DISMISSAL
　　　　　　　　　　　　　　　　　　OF OLD REPUBLIC DEFAULT
17　DEUTSCHE BANK NATIONAL TRUST　 MANAGEMENT SERVICES, A
　　COMPANY, AS TRUSTEE FOR　　　　DIVISION OF OLD REPUBLIC
18　MORGAN STANLEY ABS CAPITAL　　 NATIONAL TITLE INSURANCE
　　INC TRUST 2006-HE8, ITS　　　　COMPANY AND ORDER
19　SUCCESSORS AND/OR ASSIGNS,
　　OLD REPUBLIC DEFAULT
20　MANAGEMENT SERVICES, A
　　DIVISION OF OLD REPUBLIC
21　NATIONAL TITLE INSURANCE
　　COMPANY, DOES 1 through 15,
22
　　　　　　　　　　Defendants
23　_____/

24　　　　　Pursuant to the Settlement Agreement reached with

25　the assistance of the Honorable Edward Chen, US District

26　Judge, plaintiff requests the dismissal with prejudice

27　only of Old Republic Default Management Services, a

28

-1-

1  Division of Old Republic National Title Company.

3  DATED: June 30, 2011 .                    MOSS & MURPHY

4                                         By _____
                                              Glen L. Moss

6                                    **ORDER**

7       The above Request for Dismissal is GRANTED.

8  DATED: June 4, 2011                    _____
                                            Bernard Zimmerman, Judge
9  x/carter.dis

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

-2-