# HOUSER & ALLISON
A PROFESSIONAL CORPORATION
_____

ATTORNEYS AT LAW

ERIC D. HOUSER, CA
JEFFREY S. ALLISON, CA/NV
ROBERT W. NORMAN, Jr. CA/WA/AZ
JENNIFER L. LALLITE, CA/NY
SARA L. MARKERT, CA/NY
CHARLES T. PICCUTA, CA/IL/NV/AZ
BRIAN S. EDWARDS, CA
CHRISTIAN C. CHAPMAN, CA
JASON K. BOSS, CA
DAVID K. PALMER, CA
KEVIN R. BROERSMA, CA
BRENT A. KRAMER, CA/FL
STEVE W. PORNBIDA, CA
JOSHUA A. SMISKO, CA
CHRISTOPHER R. BLEVINS, CA/AZ
JILL S. DAVID, CA/NY
DENETTA E. J. SCOTT, CA/DC
NICOLE M. JOHNSON, CA
BRIAN J. WAGNER, CA/TX
CARRIE N. HEIECK, CA
PAUL J. CHRISTENSEN, CA
STEVEN S. SON, CA
CHARLES T. MEYER, CA/ NV/ WA
W. MICHAEL LOUGHRAN, CA
NADA GHUSAYNI, CA/NY
BRYAN P. REGAN, CA/NJ

**ORANGE COUNTY**
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112

**LOS ANGELES COUNTY**
3760 Kilroy Airport Way, Suite 260
Long Beach, California 90806
Telephone: (562) 256-1675
Facsimile: (949) 679-1112

**SAN DIEGO COUNTY**
701 Palomar Airport Road, Suite 200
Carlsbad, California 92011
Telephone: (760) 603-9664
Facsimile: (760) 603-9668

**NEW YORK, NY**
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone: (212) 297-6224
Facsimile: (212) 986-1952

August 19, 2011

**VIA ECF FILING**

Honorable Judge Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Fl, Ct. Room. G
San Francisco, CA 94102

RE:  **Case Name:**      *Carter v. Deutsche Bank, Et. Al*
     **Case Number:**    CV-09-3033 BZ

## DEUTSCHE BANK, AS TRUSTEE'S REQUEST FOR TELEPHONIC APPEARANCE AT THE AUGUST 23, 2011 SCHEDULING CONFERENCE

Dear Judge Zimmerman,

The remaining parties to this lawsuit, have executed a settlement and release agreement. The agreement involves the sale of a foreclosed property back to the borrower plaintiffs. The agreement called for a close of escrow and dismissal of this lawsuit on or before August 3, 2011. Counsel for Plaintiff has yet to dismiss the lawsuit. We have requested that he do so prior to the August 23, 2011 scheduling conference.

In anticipation that the action will be dismissed, we are requesting a telephonic appearance at the scheduling conference. In addition, if the matter is not dismissed and we are required to appear, a

telephonic appearance is warranted as counsel for Deutsche Bank, As Trustee is located in Orange County California. The costs and expenses associated with travel accommodations this close to the hearing date are significant. Undersigned counsel respectfully requests that the Court allow him to appear telephonically at the August 23, 2011 scheduling conference if this matter is not dismissed before then.

Best,

/s/ *Charles Tony Piccuta*

Charles Tony Piccuta



Dated:  August 19, 2011

Parties shall appear.