```
 1
 2
 3
 4
 5
 6
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMONFORT R. CARTER and<br>LEANDRA L. CARTER,<br>       Plaintiff(s),<br>    v.<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE, et al.,<br>       Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C09-3033 BZ<br><br>**ORDER OF CONDITIONAL<br>DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 24, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARTER V. DEUTSCHE BANK\ORDER OF CONDITIONAL DISMISSAL.wpd

1